# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** **Darlene Yazzie ; Caroline Begay ; Leslie Begay; Irene Roy; Donna Williams ; Alfred McRoye**

County of Residence: Apache

County Where Claim For Relief Arose: Maricopa

**Defendant(s):** **Katie Hobbs , Secretary of State for the State of Arizona**

County of Residence: Maricopa

Defendant's Atty(s):

Plaintiff's Atty(s):

**Michael James Novotny , Senior Attorney Big Fire Law & Policy Group**
**1404 Fort Crook Road**
**Bellevue , Nebraska  68005**
**531-466-8725**

II. Basis of Jurisdiction:   **2. U.S. Government Defendant**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **1 Citizen of This State**

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **441 Voting**

VI. Cause of Action:   **Voting Rights Act of 1965, 52 U.S.C. 10301 Disallowing Ballots mailed prior to election day prejudices Native Americans due to mail delays from their locations.**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:

http://www.azd.uscourts.gov/cgi-bin/generate_civil_js44.pl     8/27/2020

Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **CV-20-08222-PCT-GMS** assigned to Judge **G. Murray Snow.**

**Signature:** **/s/ Michael J. Novotny**

**Date:** **8/27/2020**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014