Chris McClure
SD Bar No. 3962
101 S. Reid St. Ste. 307
605-496-9858
mcclurechris@gmail.com
Attorney for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DARLENE YAZZIE, CAROLINE BEGAY, LESLIE BEGAY, IRENE ROY, DONNA WILLIAMS and ALFRED MCROYE,<br><br>Plaintiffs,<br><br>v.<br><br>KATIE HOBBS, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | Case No. 3:20-cv-08222-GMS<br><br>**[PROPOSED] ORDER GRANTING INJUNCTIVE AND DECLARATORY RELIEF** |

Plaintiffs Darlene Yazzie, Caroline Begay, Irene Roy, Donna Williams, Leslie Begay and Alfred McRoye (collectively "Plaintiffs") sought a preliminary injunction against Defendant Katie Hobbs in her official capacity as Secretary of State for the State of Arizona, and a hearing was held on the matter.

After considering the Motion for Preliminary Injunctive and Declaratory Relief, Plaintiffs' Complaint for Declaratory and Injunctive Relief, and the Affidavit of Chris McClure, with attached exhibits, all arguments presented by counsel, this Court finds:

1. In order to obtain an injunction Plaintiffs must demonstrate, and have demonstrated: (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm; (3) that the balance of hardships favors the plaintiff; and (4) that the injunction is in the public interest.

1

2. The requirement that Vote By Mail ballots of members of the Navajo Nation that live on the Navajo Nation Reservation in Arizona, be received no later than 7:00 pm on November 3, 2020, is a violation of Section 2 of the Voting Rights Act of 1965.

IT IS THEREFORE ORDERED that Defendant be enjoined from enacting the requirement that a Ballot will only be counted if it is received by 7:00 p.m. on Election Day, November 3, 2020.

IT IS FURTHER ORDERED that Defendant be ordered to count Vote By Mail ballots cast by Navajo Nation Tribal Members as long as the ballot is postmarked on or before Election Day, November 3, 2020, and received within 10 days thereof or by November 13, 2020.

IT IS FURTHER ORDERED that Defendant be ordered to count Vote By Mail ballots cast by Navajo Nation Tribal Members as long as the ballot is postmarked on or before Election Day and received within 10 days from the date set for the Election in all future elections.

Dated this __ day of September 2020.

_____
Judge for the U.S. District Court for the
District of Arizona