# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, <br><br> Defendant. | No. CV-20-08222-PCT-GMS <br><br> **ORDER** |

Pending before the Court is the Emergency Motion for Preliminary Injunctive and Declaratory Relief (Doc. 9) filed by Plaintiffs Darlene Yazzie, Caroline Begay, Irene Roy, Donna Williams, Leslie Begay and Alfred McRoye (collectively "Plaintiffs") requesting an expedited briefing schedule and Plaintiffs' Motion for Emergency Hearing on Motion for Preliminary Injunction and Permanent Injunction (Doc. 21). Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiffs' Emergency Motion for Preliminary Injunctive and Declaratory Relief (Doc. 9) and setting an expedited briefing schedule as follows:

1. The response shall be due no later than **September 14, 2020.**
2. The reply shall be due no later than **September 18, 2020.**

**IT IS FURTHER ORDERED** granting Plaintiffs' Motion for Emergency Hearing on Motion for Preliminary Injunction and Permanent Injunction (Doc. 21). The hearing is set for Tuesday, **September 22, 2020** beginning at 9:00 A.M. The parties will immediately

inform the Court regarding whether they believe the hearing may be by video-conference or telephone, or whether it needs to be in person.  Further, the parties will immediately inform the Court whether the hearing will be evidentiary, or whether it will be argument only, as well as the time necessary for such a hearing.

There is currently pending with the Court a motion to intervene.  The Court intends to rule on that motion after a hearing that will be set for Tuesday, September 15, 2020.  It may, thereafter, make adjustments to this schedule.

Dated this 11th day of September, 2020.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge