Case 3:20-cv-08222-GMS   Document 28   Filed 09/11/20   Page 1 of 3

Brett W. Johnson (#021527)
Eric H. Spencer (#022707)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
espencer@swlaw.com
cahler@swlaw.com
dflint@swlaw.com
*Attorneys for Proposed Intervenor-Defendants Donald J. Trump for President, Inc., Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, Arizona Republican Party, Coconino County Republican Committee, Maricopa County Republican Committee, Yuma County Republican Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie, Caroline Begay, Leslie Begay, Irene Roy, Donna Williams, and Alfred McRoye, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona, <br><br> Defendant. | No. 3:20-cv-08222-GMS <br><br> **Notice Regarding Hearing Logistics** |

In accordance with the Court's order, (Doc. 24), the Proposed Intervenor-Defendants give notice to the Court that it is imperative the September 22, 2020 hearing be held via videoconference or, as a secondary option, via telephone. Proposed Intervenor-Defendants' principal expert resides out-of-state and cannot travel to Arizona for the September 22, 2020 hearing.

Because the Proposed Intervenor-Defendants intend to proffer expert testimony, they request that the Court hold an evidentiary hearing. And given the complexity of the issues in this case, and the possibility that multiple intervenors will participate, the Proposed Intervenor-Defendants request a two- or three-day hearing.

DATED this 11th day of September, 2020.

SNELL & WILMER L.L.P.

By: */s/ Derek C. Flint*
Brett W. Johnson
Eric H. Spencer
Colin P. Ahler
Derek C. Flint
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
*Attorneys for Proposed Intervenor-Defendants Donald J. Trump for President, Inc., Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, Arizona Republican Party, Coconino County Republican Committee, Maricopa County Republican Committee, and Yuma County Republican Committee*

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Margie Johnson*