Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

Marty Harper (003416)
**ASU LAW GROUP**
111 East Taylor Street, Suite 120
MC8520
Phoenix, Arizona 85004
T: (602) 738-8007
Marty.Harper@asulawgroup.org

*Attorneys for Defendant Arizona Secretary of State*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie; Caroline Begay; Leslie Begay; Irene Roy; Donna Williams; and Alfred McRoye,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>Defendant. | No. CV-20-08222-PCT-GMS<br><br>**DEFENDANT SECRETARY OF STATE'S NOTICE REGARDING ORAL ARGUMENT AND HEARING** |

In response to the Court's request for the parties' position regarding the manner of appearing before the Court, Defendant Secretary of State Katie Hobbs informs the Court as follows. For the oral argument that is set for September 15, 2020 at 10:00 am, the Secretary prefers a telephonic or video hearing. For the hearing that is set for September 22, 2020, the Secretary prefers a video or in-person hearing, but ultimately defers to the Court regarding the manner of the hearing. If, as the Secretary urges, the

{00513976.1 }

Court denies the proposed intervenors' motions to intervene, the Secretary believes a half or full day will be sufficient. If one or both of the proposed intervenors are permitted to enter this case, a longer hearing will be necessary, but the Secretary cannot estimate the length of the hearing without knowing more about the proposed intervenors' intentions regarding legal argument and evidence.

Respectfully submitted this 14th day of September, 2020.

        **COPPERSMITH BROCKELMAN PLC**

        By   s/ Roopali H. Desai
            Roopali H. Desai
            D. Andrew Gaona
            Kristen Yost

        **ASU LAW GROUP**
            Marty Harper

        *Attorneys for Defendant Arizona Secretary of State Katie Hobbs*