# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie, et al., | No. CV-20-08222-PCT-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

In light of General Order 20-17, the hearing currently set for **September 15, 2020 at 10:00 a.m.** shall be conducted **telephonically** by all parties. Accordingly,

**IT IS HEREBY ORDERED** that counsel for Proposed Intervenor-Defendants shall set up a call-in number on or before **5:00 p.m. on September 14, 2020**, and disseminate the number to all parties, including the Court.

Dated this 14th day of September, 2020.

_____
G. Murray Snow
Chief United States District Judge