1   Sarah R. Gonski (Bar No. 032567)
2   **Perkins Coie LLP**
    2901 North Central Avenue, Suite 2000
3   Phoenix, Arizona 85012-2788
    Telephone: (602) 351-8000
4   Facsimile: (602) 648-7000
    SGonski@perkinscoie.com

5   Marc E. Elias*
    John Devaney*
6   Christina A. Ford*
    **Perkins Coie LLP**
7   700 Thirteenth Street NW, Suite 600
    Washington, D.C. 20005-3960
8   Telephone: (202) 654-6200
    Facsimile: (202) 654-6211
9   MElias@perkinscoie.com
    JDevaney@perkinscoie.com
10  Christinaford@perkinscoie.com

11  *Seeking Pro Hac Vice Admission*

12

13              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF ARIZONA**
14

15  Darlene Yazzie, Caroline Begay, Leslie Begay,
    Irene Roy, Donna Williams and Alfred McRoye,
    No. 3:20-cv-08222-GMS
16          Plaintiffs,
                                            **NOTICE REGARDING**
17              v.                          **HEARINGS**

18  Katie Hobbs, in her official capacity as the
    Arizona Secretary of State,
19
            Defendant.
20

21          In response to the Court's request that the parties apprise the Court of the manner

22  that upcoming hearings should be conducted in this case, Proposed Intervenor Arizona

23  Advocacy Network states the following:

24      •   For the hearing set for Tuesday, September 15 at 10:00 a.m. n the pending

25          motions to intervene, Arizona Advocacy Network prefers a video or

26          telephonic hearing.

27      •   For the evidentiary hearing set for September 22, 2020, the Arizona

28          Advocacy Network prefers a video hearing. Arizona Advocacy Network

may proffer expert testimony and agrees with the Proposed Intervenor-Defendants that a two-or three-day hearing is appropriate.

Dated:  September 14, 2020                    */s Sarah R. Gonski*

Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  (602) 351-8000
Facsimile:   (602) 648-7000
SGonski@perkinscoie.com

Marc E. Elias*
John Devaney*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone:  (202) 654-6200
Facsimile:   (202) 654-6211
MElias@perkinscoie
JDevaney@perkinscoie.com
Christinaford@perkinscoie.com

*Attorneys for AzAN*

* *Seeking Pro Hac Vice Admission*

1
2
3
**CERTIFICATE OF SERVICE**
4
      I hereby certify that on September 14, 2020, I electronically transmitted the attached
5
document to the Clerk's Office using the ECF System for filing and transmittal of a Notice
6
of Electronic Filing to the ECF registrants.
7
8
                              */s Daniel R. Graziano*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28