# EXHIBIT C



# ARIZONA DEPARTMENT OF HEALTH SERVICES
*Health and Wellness for All Arizonans*

HOME  AUDIENCES  TOPICS  DIVISIONS  A-Z INDEX

## Data Dashboard

ADHS Home / Public Health Preparedness / Epidemiology & Disease Control / Infectious Disease Services / Coronavirus Disease 2019 (COVID-19) / Data Dashboard

- As our federal partners have **updated guidance** for identifying COVID-19 deaths, ADHS has enhanced our processes to match. This change may cause the number of new deaths reported on our dashboard to increase more than expected for a few days. Deaths are shown on the bar chart of the COVID-19 deaths section of the dashboard using the date of death, not the day reported. New deaths on the summary section of the dashboard are displayed by the day reported to ADHS.

 Summary
 Demographics
 COVID-19 Deaths
 Zip Code

 Confirmed COVID-19 Cases by Day
 Hospitalization
 Hospital COVID-like & Influenza-like Illness Surveillance
 Laboratory Testing

 Congregate Settings with Positive COVID-19 Cases
 Hospital Bed Usage & Availability
 Ventilator Usage & Availability
 Hospital COVID-19 Specific Metrics

## Confirmed COVID-19 Cases by Day

**COVID-19 Cases by Day**
Date of specimen collection is used for day

**What is an Epi Curve?**
An epi curve is a visual display of cases associated with an outbreak by a specific date. In the graph below, the date of specimen collection is used as the date.

Epi Curves may be used to describe an outbreak's time trend or distribution of cases over time, the general sense of the outbreaks' magnitude, and the most likely time period of exposure.

Hover over the icon to get more information on the data in this dashboard. 

Select a county to filter the epi curve.



County values: 3,792 | 3,553 | 5,694 | 3,386 | 2,427 | 526 | 1,168 | 137,589 | 10,187 | 774 | 58 | 12,415 | 22,511 | 1,860 | 2,785

Monthly cases: January 2 | February 2 | March 1,958 | April 7,048 | May 14,816 | June 81,152 | July 79,739 | August 19,807 | September 4,201 | October —

*Illnesses in the last 4-7 days may not be reported yet

Date Updated:    9/14/2020



Arizona Department of Health Services
150 North 18th Avenue
Phoenix, Arizona 85007
Find us on Google Maps

General and Public Information:
(602) 542-1025
Fax: (602) 542-0883
About Us | Contact Us
Employees
Hearing/Speech Challenges?



Connect with ADHS

Note: ADHS is open Monday through Friday from 8 a.m. to 5 p.m., except state holidays.

Any documents contained on this Web site that are translations from original text written in English are unofficial and not binding on this state or a political subdivision of this state. To learn about how ADHS collects information about website users, please review our **Website Privacy Policy**. Los documentos que son traducciones al Español y que se encuentran en esta página Web no tienen validez oficial ni legal en este Estado o en alguna entidad política del mismo. © 2009 - 2020 Arizona Department of Health Services

The public notice and agenda for each public meeting is posted in the lobby of this Department and on the **Public Meeting Notices** page.


PHAB