# EXHIBIT E



Translate

Search

# Voting and Elections

Home » Voting and Elections » Voting FAQs » Absentee Voting by Mail

| Voter Information Portal | Upcoming Elections | Voting FAQs | Data & Maps | Election Results | How We Secure Your Vote | Traveling or Living Abroad | Voting and Domestic Violence | Native American Election Information Program |

## Voting FAQs

Voter Registration

Voting

**Absentee Voting by Mail**

Military and Overseas Voters

Early Voting in Person

Provisional Voting

National Voter Registration Act

Other Questions

# Absentee Voting by Mail

## Request an Absentee Ballot

Request an absentee ballot by filling out an application and returning it to your local County Clerk. Applications can be obtained by:

- Fill out an application online by Clicking Here
- Contacting your County Clerk's Office in person, phone, mail or email
- Downloading an Absentee Ballot Application here and mailing it or hand delivering it to your County Clerk's Office

- **Absentee ballot requests through the Secretary of State's website for the 2020 General Election will be accepted until 5:00 PM on Tuesday, October 20, 2020.**
- **Voters can request an absentee ballot for the 2020 General Election from their county clerk through Tuesday, October 20, 2020. Requests must be made by this deadline in order for the absentee ballot to be mailed by the appropriate county clerk in a timely manner.**
- **NOTE: All county clerks in New Mexico will provide early in-person voting on Saturday, October 31, 2020.**

Applications must be received by the County Clerk no later than 5:00 pm on Tuesday, **October 20, 2020**.  A ballot will be sent to voters who have properly filled out the application.  If the application was not completed correctly, a notification with the reason why the application was not accepted will be sent within 24 hours of receipt of the application.

To check the status of your Absentee Application, go **here** or contact your **County Clerk's Office**.

If you do not receive the absentee ballot, please contact the County Clerk's Office no later than Monday, **November 2, 2020**.

- Additional options for registering and requesting an absentee ballot for military and overseas voters are available under federal and state law.  Please visit the Military and Overseas Voter Information page for more details.

## What is the deadline to request an absentee ballot?

- The county clerk must receive the Application for Absent Voter Ballot no later than 5:00 p.m. on Tuesday, October 20, 2020 for the General Election.
- Within twenty-three (23) days of Election Day, the county clerk must either mail the ballot or notice of rejection to the applicant as soon as practicable; provided that the ballot or a notice of rejection is sent not later than twenty-two (22) days before the election (Section 1-6-5(F), NMSA 1978).

## If I apply for an absentee ballot and receive it, can I change my mind and vote at my polling place on Election Day?

- Yes, but must execute an affidavit stating that the person did not and will not vote the mailed ballot that was issued. (Section 1-6-16 (A) NMSA 1978

## What if I do not receive my absentee ballot?

Translate

- If you apply for, but do not receive the absentee ballot, you may apply for a replacement absentee ballot by communicating with the county clerk requesting a replacement mailed ballot be delivered to the voter; and executes an affidavit and the county clerk has voided the mailed ballot previously issued to the voter. (Section 1-6-16 (B), NMSA 1978).
- You may also go to your polling place and vote on a replacement absentee ballot on Election Day, after signing an affidavit of non-receipt of absentee ballot (Section 1-6-16.1(A), NMSA 1978).
- In both cases, you will be required to sign a sworn statement, under penalty of perjury, that you did not receive your ballot.

## Who can take the absentee ballot back to the county clerk?

- A member of your immediate family or your caregiver may hand-deliver your absentee ballot; provided that the voter has subscribed the official mailing envelope of the absentee ballot. An unrelated third party may not deliver another voter's absentee ballot .(Section 1-6-10.1, NMSA 1978).

## When does an absentee ballot have to be returned for it to be counted?

- Ballots must be returned to the county clerk or voter's precinct by 7:00 p.m. on Election Day to be counted (Section 1-6-10 (B), NMSA 1978).

## How much does it cost to mail my Absentee Ballot?

- **Return postage is pre-paid.** Please ensure you return the ballot with enough time for it to arrive at your County Clerk's office before 7 pm on **Election Day, November 3, 2020**. For more details, log on to the Voter Information Portal.

## The outer envelope of my Absentee Ballot requests an AV Register Number. Do I fill this out?

- You can leave that information blank. This information is for internal use only.

### Upcoming Elections

2020 General Election - November 3, 2020

Job Openings at the Secretary of State's Office

### Quick Contact Information

**Mailing & Physical Address**
New Mexico Capitol Annex North
325 Don Gaspar, Suite 300
Santa Fe, NM 87501



**Hours of Operation**
8:00 AM - 5:00 PM Monday through Friday

**Toll Free : 1-800-477-3632**

**Business Services Division**
Phone 505-827-3600 (Option 1)
Fax 505-827-4387
Email Business.Services@state.nm.us

**Bureau of Elections**
Phone: 505-827-3600 (Option 2)
Email: Sos.elections@state.nm.us

**Ethics Division**
Phone: 505-827-3600 (Option 2)
Email: Sos.ethics@state.nm.us

**Receptionist**
Phone 505-827-3600 (Option 3)

Public Records Request

Tweets by @NMSecOfState

Translate

**New Mexico Secretary of State**
@NMSecOfState

**REMINDER** The First General Campaign Finance Report is due TODAY & covers the reporting period of 6/30/20-9/7/20. We have user guides, tutorials & training videos available re: the new Campaign Finance Info System (CFIS) here: sos.state.nm.us/candidate-and-… #nmpol #nmleg



Embed                                                                                           View on Twitter

**New Mexico Office of the Secretary of State**

Contact Webmaster

Disclaimer - A Word of Warning Despite our good faith efforts to be accurate, these pages and our databases may contain inadvertent errors. Please email us immediately if you notice an error. Also, please remember that website information is not a substitute for researching the law or for the advice of a competent *attorney*.

© 2012 - 2019 New Mexico Secretary of State

Powered by Real Time Solutions

Select Language

Office of the New Mexico Secretary of State

Like Page   2.7K likes

Translate

1 friend likes this

