# EXHIBIT F



# Sherrie Swensen
## Salt Lake County Clerk



**Biography**   **Mission**   **Contact Us**

Text-Size: a - A | Language          Search  [            ] 🔍

**SLCo Emergency:** Salt Lake County Issues Declaration of Emergency  More Information   ✕

Clerk / Elections / Vote By Mail

# Elections

## Elections Menu

Voter Registration

Change Party Affiliation

Vote By Mail

For Candidates

Voting In Person

FAQ's

Maps

Election Results

Dates & Deadlines

**Salt Lake County Clerk Election Division**

2001 S State Street, #S1-200
PO Box 144575
Salt Lake City, UT 84114-4575
Hours 8:00 – 5:00 M – F Closed on official Utah state holidays and weekends.

**Phone:**
385-got-vote (385-468-8683)
**Fax:**
385-468-7401
**Social Media:**

**Email:**

# Vote By Mail

**Vote By Mail**

- The November 3rd General Election will conducted mainly by mail.
    - Ballots Will be mailed the week of October 12th according to Utah State law.
    - If you need your ballot mailed to an address other than your home address where you are registered to vote, call 385-468-7400 or email *got-vote@slco.org*.
        - The post office does not forward ballots.
        - Postage-paid return envelopes will be provided.
    - Ballots may be returned to any of twenty drive-up ballot drop boxes (*open 24/7*) up through 8:00 p.m. on Election Day.
    - Voters may update their address **eleven days** before Election Day (Oct 23rd **at 5:00 p.m.)** and be mailed a ballot if they are eligible to receive a ballot based on their party affiliation.

If you are looking for additional information on vote-by-mail, please visit our *FAQ section*.

Salt Lake County ballot drop boxes are open *24/7* until 8:00 p.m. on election night. See where there is a convenient drop box located near you.



*Ballot Drop Box Locations*