# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie, et al., | No. CV-20-08222-PCT-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

The Court has received inquiries from the public who wish to listen to the September 22, 2020 hearing. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve[s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic." Given this development, public access to the September 22, 2020 hearing will be permitted. Members of public or of the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dialing instructions.

/ / /

1  **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court**
2  **proceedings is prohibited.**
3  Dated this 16th day of September, 2020.

_____
G. Murray Snow
Chief United States District Judge