Brett W. Johnson (#021527)
Eric H. Spencer (#022707)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
        espencer@swlaw.com
        cahler@swlaw.com
        dflint@swlaw.com
*Attorneys for Proposed Intervenor-Defendants Donald J. Trump for President, Inc., Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, Arizona Republican Party, Coconino County Republican Committee, Maricopa County Republican Committee, Yuma County Republican Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie, Caroline Begay, Leslie Begay, Irene Roy, Donna Williams, and Alfred McRoye,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | No. 3:20-cv-08222-GMS<br><br>**Request for Clarification** |

The Proposed Intervenor-Defendants respectfully request the Court's clarification regarding the Court's Order denying Proposed Intervenor-Defendants' Motion to Intervene. (Doc. 45). The Court's Order provides, in relevant part:

> . . . [T]he Court recognizes the Movants' concern about a potential settlement agreement harming their interests. In recognition of this concern, if the parties enter into a settlement agreement, the Court will require the parties to circulate the agreement. Additionally, the Court will deny the Movants'

Motions without prejudice so that the Movants may seek intervention if a potential settlement violates their rights under the law.

(Doc. 45 at 6-7).

In the event a proposed settlement is reached between the parties to this case, the Proposed Intervenor-Defendants respectfully request clarification regarding the parameters under which the Proposed Intervenor-Defendants may review and identify any objections to the proposed settlement, and re-file another motion to intervene (if necessary). The Proposed Intervenor-Defendants respectfully request that the Court allow them three business days upon receipt of the proposed settlement to review it and decide whether to file another motion to intervene. This three-day request balances the Court's interest in resolving this case in a timely manner with the Proposed Intervenor-Defendants' right to evaluate and respond to a proposed settlement that, as the Court noted, may "violate[] their rights under the law."

DATED this 17th day of September, 2020.

SNELL & WILMER L.L.P.

By: */s/ Brett W. Johnson*
Brett W. Johnson
Eric H. Spencer
Colin P. Ahler
Derek C. Flint
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Proposed Intervenor-Defendants Donald J. Trump for President, Inc., Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, Arizona Republican Party, Coconino County Republican Committee, Maricopa County Republican Committee, and Yuma County Republican Committee*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Elysa Hernandez*