Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

Marty Harper (003416)
**ASU LAW GROUP**
111 East Taylor Street, Suite 120
MC8520
Phoenix, Arizona 85004
T: (602) 738-8007
Marty.Harper@asulawgroup.org

*Attorneys for Defendant Arizona Secretary of State*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Darlene Yazzie; Caroline Begay; Leslie Begay; Irene Roy; Donna Williams; and Alfred McRoye, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, <br><br> Defendant. | No. CV-20-08222-PCT-GMS <br><br> **DEFENDANT ARIZONA SECRETARY OF STATE'S NOTICE OF ISSUES FOR SEPTEMBER 18, 2020 STATUS CONFERENCE** |

Defendant Secretary of State Katie Hobbs (the "Secretary") files this Notice of Issues in advance of the status conference set for September 18, 2020 at 10:30 am. Defendant met and conferred with Plaintiffs' counsel prior to filing this Notice. Defendant incorporates Plaintiffs' position below on issues where the parties were unable to reach agreement.

{00514704.1 }

1. **Hearing Logistics and Length:** Defendant proposes to hold the hearing on September 22, 2020 through video conference. Defendant requests that the Court schedule the hearing for 3 hours (half day).

Plaintiffs notified the Secretary that they prefer an in-person hearing and prefer to reserve a full day for the hearing.

2. **Legal Arguments:** The parties propose that the Court hear oral argument on any pending motions (i.e. Defendant's Motion to Dismiss, Defendant's *Daubert* Motion, and Plaintiffs' Preliminary Injunction Motion) at the start of the hearing, and that the Court reserve 60-90 minutes total for the argument.

3. **Evidentiary Hearing:** Both parties intend to introduce live testimony from at least one witness each. In addition, Defendant proposes submitting direct testimony via declaration for two additional witnesses and agrees to make declarants available telephonically to the extent Plaintiffs wish to conduct any cross-examination.

RESPECTFULLY SUBMITTED this 18th day of September, 2020.

**COPPERSMITH BROCKELMAN PLC**

By  s/ Roopali H. Desai
    Roopali H. Desai
    D. Andrew Gaona
    Kristen Yost

**ASU LAW GROUP**
    Marty Harper

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*