## Arizona PEVL (Permanent Early Voting List) Comparison

### *Scottsdale*

Mail speed, days: 1

| Date Ballot Mailed Out | Date Ballot Received | Days to Consider | Date to Mail back | Date Received By Recorder |
|---|---|---|---|---|
| 10/7/20 | 10/8/20 | **25** | 11/2/20 | 11/3/20 |

### *Hypothetical based on AZ SOS guidance or Dennehotso Priority Express*

Mail speed, days: 7

| Date Ballot Mailed Out | Date Ballot Received | Days to Consider | Date to Mail back | Date Received By Recorder |
|---|---|---|---|---|
| 10/7/20 | 10/14/20 | **13** | 10/27/20 | 11/3/20 |

### *Dennehotso Navajo Nation Member*

Mail speed, days: 10

| Date Ballot Mailed Out | Date Ballot Received | Days to Consider | Date to Mail back | Date Received By Recorder |
|---|---|---|---|---|
| 10/7/20 | 10/17/20 | **7** | 10/24/20 | 11/3/20 |

| *Summary* | *Scottsdale Voter* | *AZ SOS Hypothetical* | *Dennehotso Navajo Member* |
|---|---|---|---|
| *Days to consider* | 25 | 13 | 7 |

Data derived from report by Dr. Schroedel and Mr. Healy and Exhibit by Secretary Hobbs

**Arizona Request Mail Ballot on Oct 23**

*Scottsdale*

| Mail speed, days | 1 | | | | Date Actually | |
|---|---|---|---|---|---|---|
| Date Ballot Requested/Mailed Out | Date Ballot Received | Days to Consider | Date to Mail back | Date Received By Recorder | Recived By Recorder | Fail/Succeed |
| 10/23/20 | 10/24/20 | 9 | 11/2/20 | 11/3/20 | 11/3/20 | Succeed |

*Hypothetical based on AZ SOS guidance or Dennehotso Priority Express*

| Mail speed, days | 7 | | | Needed | Date Actually | |
|---|---|---|---|---|---|---|
| Date Ballot Mailed Out | Date Ballot Received | Days to Consider | Date to Mail back | Date Received By Recorder | Recived By Recorder | Fail/Succeed |
| 10/23/20 | 10/30/20 | -3 | 10/27/20 | 11/3/20 | 11/6/20 | Failed |

*Dennehotso Navajo Nation Member*

| Mail speed, days | 10 | | | Needed | Date Actually | |
|---|---|---|---|---|---|---|
| Date Ballot Mailed Out | Date Ballot Received | Days to Consider | Date to Mail back | Date Received By Recorder | Recived By Recorder | Fail/Succeed |
| 10/23/20 | 11/2/20 | -9 | 10/24/20 | 11/3/20 | 11/12/20 | Failed |

| Summary | Scottsdale Voter | AZ SOS Guidance | Dennehotso Navajo Member |
|---|---|---|---|
| *Days to consider* | 9 | -3 | -9 |
| Succeed/Fail | Succeed | Failed | Failed |

Data derived from report by Dr. Schroedel and Mr. Healy and Exhibit by Secretary Hobbs