## Comparison of area (in square miles) per location of various options to return a mail ballot

| Item | Scottsdale | Flagstaff | Holbrook | St. John's | Navajo Nation |
|---|---|---|---|---|---|
| Area, sq. miles | 184 | 63.86 | 15.40 | 26.10 | 18,382 |
| Postal Provider locations # | 12 | 3 | 1 | 1 | 27 |
| Early Voting Locations # | 11 | 2 | 1 | 1 | 12 |
| Ballot Drop Boxes # | 2 | 6 | 1 | 1 | 1 |
| Election Day polling locations # | 14 | 22 | 1 | 1 | 60 |

| Area/location, square miles | Scottsdale | Flagstaff | Holbrook | St. John's | Navajo Nation |
|---|---|---|---|---|---|
| Postal Provider locations | 15.33 | 21.29 | 15.40 | 26.10 | 681 |
| Early Voting Locations | 16.73 | 31.93 | 15.40 | 26.10 | 1,532 |
| Ballot Drop Boxes | 92.00 | 10.64 | 15.40 | 26.10 | 18,382 |
| Election Day polling locations | 13.14 | 2.90 | 15.40 | 26.10 | 306 |

**Area per Location on Navajo Nation as % of Other Locations**

| | Scottsdale | Flagstaff | Holbrook | St. John's |
|---|---|---|---|---|
| Postal Provider locations | 4440% | 3198% | 4421% | 2608% |
| Early Voting Locations | 9158% | 4797% | 9947% | 5869% |
| Ballot Drop Boxes | 19980% | 172709% | 119364% | 70429% |
| Election Day polling locations | 2331% | 10554% | 1989% | 1174% |

Data derived from report and report addendum by Dr. Schroedel and Mr. Healy