2407 15th St. NW #605
Washington, DC 20009
T: (408) 921-4836
Anuradha Sivaram (*pro hac vice*)
Anuradha.Sivaram@asulawgroup.org
*Attorney for Defendant Arizona Secretary of State*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Darlene Yazzie; Caroline Begay; Leslie Begay; Irene Roy; Donna Williams; and Alfred McRoye, | **NO.: CV-20-08222-PCT-GMS** |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State. | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Anuradha Sivaram enters her appearance in this matter as counsel of record for Defendant Katie Hobbs. Service of all correspondence, motions, orders, and other papers should be directed to:

Anuradha Sivaram
2407 15th St. NW #605
Washington, DC 20009

Respectfully submitted this 21st day of September, 2020.

By: */s/ Anuradha Sivaram*
Anuradha Sivaram

-1-

*Attorney for Defendant Arizona Secretary of State*