# CIVIL HEARING MINUTES
# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** G Murray Snow | **Date:** September 22, 2020 |
| **Darlene Yazzie, et al. v. Katie Hobbs** | **Case Number:** CV-20-8222-PCT-GMS |

**Attorney for Plaintiffs:** Chris McClure
**Attorneys for Defendant:** Roopali Desai, Marty Harper, and Anuradha Sivaram, all by videoconference.

9:05 a.m. This is the time for motion hearing on Plaintiffs' Motion for Preliminary Injunction. Discussion held. IT IS ORDERED taking under advisement Defendant's Motion in Limine (Doc. 51). Plaintiffs case. Patty Hansen is sworn and testifies telephonically. Witness excused. Bret Healy is sworn and testifies. Plaintiffs' exhibits 1, 2 and 3 conditionally admitted. 10:16 a.m. Recess.

10:34 a.m. Reconvene. Bret Healy resumes the stand and testifies further. Witness excused. Plaintiffs rest. Defendant's case. Sambo Dul is sworn and testifies by videoconference. 12:07 p.m. Recess.

1:03 p.m. Reconvene. Sambo Dul resumes testimony by videoconference. Witness excused. Defendant's exhibits 1-3 admitted. Defendant rests. Argument presented. IT IS ORDERED taking under advisement Plaintiffs' Motion for Preliminary Injunction.

1:49 p.m. Hearing concludes.


**Court Reporter**: Charlotte Powers          **Time in Court:** 3 hrs 30 min
**Deputy Clerk:** Kathleen Zoratti                   9:05 AM – 1:49 PM