# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Arizona**

U.S. District Court case number: **CV-20-08222-PCT-GMS**

Date case was first filed in U.S. District Court: **08-26-2020**

Date of judgment or order you are appealing: **09-25-2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Darlene Yazzie; Caroline Begay; Leslie Begay; Irene Roy; Donna Williams; Alfred McRoy

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

12294 Gold Mountain Loop

City: Hill City    State: SD    Zip Code: 57745

Prisoner Inmate or A Number (if applicable):

Signature _____    Date _____

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 12/01/2018