# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Darlene Yazzie; Caroline Begay; Leslie Begay;  Irene Roy; Donna Williams; Alfred McRoy |

Name(s) of counsel (if any):

| |
|---|
| Steven D. Sandven |

Address:   12294 Gold Moutain Loop, Hill City, SD  57745

Telephone number(s):  605-941-1498

Email(s):   sdsandven@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes      ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Katie Hobbs in her official as Secretary of State for the State of Arizona |

Name(s) of counsel (if any):

| |
|---|
| Roopali H. Desai; D. Andrew Gaona; Kristen Yost<br>Coopersmith Brockelman, P.C. |

Address:   2800 N. Central Avenue, Suite 1900, Phoenix, AZ  85004

Telephone number(s):  602-381-5478

Email(s):   rdesai@cblawyers.com; agaona@cblawyers.com; kyost@cblawyers.con

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?     ○ Yes     ○ No

**Appellees**

Name(s) of party/parties:

Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona

Name(s) of counsel (if any):

Marty Harper, ASU Law Group

Address: 111 E. Taylor Street, Suite 120, Phoenix, AZ  85004-4407

Telephone number(s): 602-738-8007

Email(s): marty.harper@asulawgroup.org

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                                   *New 12/01/2018*