≈AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME Chris McClure | 2. PHONE NUMBER 605-496-9858 | 3. DATE 9/26/20 |
|---|---|---|

| 4. FIRM NAME McClure & Hardy, Prof. LLC |
|---|

| 5. MAILING ADDRESS 101 S. Reid St. Ste. 307 | 6. CITY Sioux Falls | 7. STATE SD | 8. ZIP CODE 57103 |
|---|---|---|---|

| 9. CASE NUMBER 20-CV-08222-GMS | 10. JUDGE G. Murray Snow | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 9/22/20    12. 9/22/20 |

| 13. CASE NAME Darlene Yazzie et. al. v. Katie Hobbs | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. Phoenix    15. STATE AZ |

16. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☑ TESTIMONY (Specify) All testimony | 9/22/20 9/22/20 |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☑ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☑ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☑ | ☑ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS mcclurechris@gmail.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ Chris McClure

20. DATE 9/26/20

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED    DATE    BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY