Chris McClure
McClure and Hardy Prof. LLC
SD Bar No. 3962
101 S. Reid St. Ste. 307
Sioux Falls, SD 57103
605-496-9858
mcclurechris@gmail.com

Michael J. Novotny
Big Fire Law & Policy Group LLP
1404 Fort Crook Road South Bellevue, NE 68005
AZ State Bar No. 033792
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: mnovotny@bigfirelaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie, Caroline Begay, Leslie Begay, Irene Roy, Donna Williams and Alfred McRoye,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | Case No. 3:20-cv-08222-GMS<br><br><br>**MOTION TO DISMISS OR REQUEST TIMEFRAME FOR LEAVE TO AMEND COMPLAINT** |

1

Plaintiffs Darlene Yazzie, Caroline Begay, Irene Roy, Donna Williams, Leslie Begay and Alfred Mc Roye ("Plaintiffs") by and through their attorney, Chris McClure and hereby request the Court to Dismiss this without prejudice matter pursuant to F.R.C.P. 41(a)(2) The Plaintiffs' Counsel has conferred with the Defendant and the Defendant will not consent to Dismissal. Further, the Defendant has made it clear in hearings in front of this Court that the Complaint only applied to the 2020 election, The Defendant should not be allowed to take a position to the contrary now. In the alternative, Plaintiffs' Counsel requests the Court set a timeframe for the Plaintiffs to amend their complaint in light of the Ninth Circuit's ruling last week that brought up concerns with the redressability under the current pleading of the complaint under the current Prayer for Relief, rather than have multiple Motion's to Dismiss heard by this Court.

Dated this 19th day of October 2020

/s/ Chris McClure
Chris McClure
McClure and Hardy Prof. LLC
SD Bar No. 3962
101 S. Reid St. Ste. 307
Sioux Falls, SD 57103
605-496-9858
mcclurechris@gmail.com

/s/ Michael J. Novotny
Michael J. Novotny
Big Fire Law & Policy Group LLP
1404 Fort Crook Road South
Bellevue, NE 68005
AZ State Bar No. 033792
Telephone: (531) 466-8725
Facsimile: (531) 466-8792
Email: mnovotny@bigfirelaw.com

ATTORNEYS FOR PLAINTIFFS