UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DARLENE YAZZIE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KATIE HOBBS, in her official capacity as Secretary of State for the State of Arizona, <br><br> Defendant - Appellee. | No. 20-16890 <br><br> D.C. No. 3:20-cv-08222-GMS <br> U.S. District Court for Arizona, Prescott <br><br> **MANDATE** |

The judgment of this Court, entered October 15, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7