**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Yazzie, et al., | No. CV-20-08222-PCT-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

Pending before the Court are Darlene Yazzie, Caroline Begay, Leslie Begay, Irene Roy, Donna Williams, and Alfred McRoye's (collectively, "Plaintiffs") Motion for Leave to Amend Complaint for Injunctive and Declaratory Relief, (Doc. 69), and Motion to Dismiss or Request Timeframe for Leave to Amend Complaint, (Doc. 71). Also before the Court are Defendant Katie Hobbs' ("Defendant") Consolidated Motion to Dismiss, (Doc. 48) and Donald J. Trump for President, Inc., Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, Arizona Republican Party, Coconino County Republican Committee, Maricopa County Republican Committee, and Yuma County Republican Committee's (collectively, "Republican Movants") Request for Clarification, (Doc. 49). Upon consideration,

**IT IS THEREFORE ORDERED** that Defendant's Consolidated Motion to Dismiss and Response to Plaintiffs' Emergency Motion for Preliminary Injunctive and

Declaratory Relief (Doc. 48) is **DENIED** as **moot.**

**IT IS FURTHER ORDERED** that the Republican Movants' Request for Clarification (Doc. 49) is **DENIED** as **moot.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint for Injunctive and Declaratory Relief (Doc. 69) is **DENIED** as **moot.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Dismiss or Request Timeframe for Leave to Amend Complaint (Doc. 71) is **GRANTED.** The Clerk of Court is directed to enter a judgment of dismissal without prejudice.

Dated this 5th day of January, 2021.

_____
G. Murray Snow
Chief United States District Judge